**No. 10-5831. Leon Boyd Messerly, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 350, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7172.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 379 Fed. Appx. 682.

**No. 10-5833. Ineye Dakoureye Bobmanuel, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 350, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7292.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 366 Fed. Appx. 693.

**No. 10-5834. Robert Boczkowski, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 350, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7178.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 126.

**No. 10-5835. Darryl Allen Smith, Petitioner v. J.F. Salazar, Warden.**

562 U.S. 939, 131 S. Ct. 350, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7309.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 829.

**No. 10-5837. Eric Lee Spiwak, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 351, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7153.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 377 Fed. Appx. 319.

**No. 10-5838. Donald Joseph Schwindt, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 351, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7256.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 721.

**No. 10-5841. Jamal T. Norris, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 351, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7509.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5842. Jonathan L. Stout, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 351, 178 L. Ed. 2d 227, 2010 U.S. LEXIS 7224.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 599 F.3d 549.